**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PJC LOGISTICS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Case No. 1:11-cv-00231-SD |
| | : |
| A. DUIE PYLE, INC.; AMERIQUEST | : **JURY TRIAL DEMANDED** |
| TRANSPORTATION SERVICES, INC. ; | : |
| AUSCOR TRANSPORTATION SERVICES; | : |
| CARRIER INDUSTRIES INC.; EASTERN | : |
| FREIGHT WAYS, INC.; FEDEX GROUND | : |
| PACKAGE SYSTEM, INC.; USA TRUCK, LLC; | : |
| GE ENERGY, LLC; GLEN MOORE; GNC | : |
| CORPORATION; GREAT AMERICAN LINES, | : |
| INC.; HERMANN SERVICES, INC.; J.A. | : |
| TRUCKING, INC.; LOGISTICS ONE, INC.; NEW | : |
| CENTURY TRANSPORTATION, LLC; NEW | : |
| ENGLAND MOTOR FREIGHT, INC.; NEW | : |
| PENN MOTOR EXPRESS, INC.; NFI | : |
| INDUSTRIES, INC.; PRAXAIR, INC.; SHEVELL | : |
| GROUP; U.S. EXPRESS, INC.; and WARD | : |
| TRUCKING, LLC, | : |
| | : |
| Defendants. | : |
| | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of R. Mark Dietz of Dietz & Jarrard, P.C., 106 Fannin Avenue East, Round Rock,

TX 78664 to represent Plaintiff PJC Logistics, LLC in this matter.

| | |
|---|---|
| Dated:  April 6, 2011 | STAMOULIS & WEINBLATT LLC |
| | |
| | */s/ Richard C. Weinblatt*       |
| | Stamatios Stamoulis #4606 |
| |       stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| |       weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | Telephone:  (302) 999-1540 |
| | |
| | *Attorneys for PJC Logistics, LLC* |

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Mark Dietz is granted.

Date:_____ _____
                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4-6-11

R. Mark Dietz
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314