**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 1:11-cv-00231-LDD |
| | : | |
| A. DUIE PYLE, INC.; AMERIQUEST | : | **JURY TRIAL DEMANDED** |
| TRANSPORTATION SERVICES, INC. ; | : | |
| AUSCOR TRANSPORTATION SERVICES; | : | |
| CARRIER INDUSTRIES INC.; EASTERN | : | |
| FREIGHT WAYS, INC.; FEDEX GROUND | : | |
| PACKAGE SYSTEM, INC.; USA TRUCK, LLC; | : | |
| GE ENERGY, LLC; GLEN MOORE; GNC | : | |
| CORPORATION; GREAT AMERICAN LINES, | : | |
| INC.; HERMANN SERVICES, INC.; J.A. | : | |
| TRUCKING, INC.; LOGISTICS ONE, INC.; NEW | : | |
| CENTURY TRANSPORTATION, LLC; NEW | : | |
| ENGLAND MOTOR FREIGHT, INC.; NEW | : | |
| PENN MOTOR EXPRESS, INC.; NFI | : | |
| INDUSTRIES, INC.; PRAXAIR, INC.; SHEVELL | : | |
| GROUP; U.S. EXPRESS, INC.; and WARD | : | |
| TRUCKING, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Steven R. Daniels of Farney Daniels LLP, 800 S. Austin Avenue, Suite 200,

Georgetown, Texas 78626-5845 to represent Plaintiff PJC Logistics, LLC in this matter.

Dated:  May 31, 2011                     STAMOULIS & WEINBLATT LLC

                                          */s/ Richard C. Weinblatt*
                                          Stamatios Stamoulis #4606
                                                 stamoulis@swdelaw.com
                                          Richard C. Weinblatt #5080
                                                 weinblatt@swdelaw.com
                                          Two Fox Point Centre
                                          6 Denny Road, Suite 307
                                          Wilmington, DE 19809
                                          Telephone:  (302) 999-1540

                                          *Attorneys for PJC Logistics, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Steven R. Daniels is granted.


Date:_____                    _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 5/31/11

Steven R. Daniels
Farney Daniels, LLP
800 S. Austin Ave, Suite 200
Georgetown, Texas 78626-5845
(512) 582-2820
Facsimile:  (512) 582-2829
sdaniels@farneydaniels.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2011, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.


*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080