**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PJC LOGISTICS LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>A. DUIE PYLE, INC. ; AMERIQUEST TRANSPORTATION SERVICES, INC. ; AUSCOR TRANSPORTATION SERVICES; CARRIER INDUSTRIES INC.; EASTERN FREIGHT WAYS, INC.; FEDEX GROUND PACKAGE SYSTEM, INC.; USA TRUCK, LLC; GE ENERGY, LLC; GLEN MOORE; GNC CORPORATION; GREAT AMERICAN LINES, INC.; HERMANN SERVICES, INC.; J.A. TRUCKING, INC.; LOGISTICS ONE, INC.; NEW CENTURY TRANSPORTATION, LLC; NEW ENGLAND MOTOR FREIGHT, INC.; NEW PENN MOTOR EXPRESS, INC.; NFI INDUSTRIES, INC.; PRAXAIR, INC.; SHEVELL GROUP; U.S. EXPRESS, INC.; and WARD TRUCKING, LLC,<br><br>　　　　　　　Defendants. | CIVIL CASE NO.: 1:11-CV-00231-LDD<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff PJC Logistics, LLC and named Defendant GE Energy, LLC ("GE"), by and between their undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that the time within which GE may answer, plead or otherwise move with respect to the Complaint in this matter is extended to and including the earlier of September 12, 2011 or 45 days after an order of the United States Judicial Panel on Multidistrict Litigation in response to MDL No. 2249, in which Qualcomm Inc. has requested centralization of 11 pending actions in the District of Minnesota.

- 2 -

| | |
|---|---|
| Dated:  June 27, 2011 | Dated: June 27, 2011 |
| STAMOULIS & WEINBLATT LLC | REED SMITH LLP |
| */s/ Richard C. Weinblatt* | */s/ Brian M. Rostocki* |
| Stamatios Stamoulis (No. 4606) | Brian M. Rostocki (No. 4599) |
| stamoulis@swdelaw.com | brostocki@reedsmith.com |
| Richard C. Weinblatt (no. 5080) | REED SMITH LLP |
| weinblatt@swdelaw.com | 1201 Market Street, Suite 1500 |
| Two Fox Point Centre | Wilmington, Delaware 19801 |
| 6 Denny Road, Suite 307 | (302) 778-7500 |
| Wilmington, DE 19809 | |
| (302) 999-1540 | *Counsel for General Electric* |

*Attorneys for PJC Logistics, LLC*

IT IS SO ORDERED this _____ day of June, 2011.

                                                                                                                                  _____
                                                                                                                                  The Honorable Judge Legrome D. Davis