IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A. DUIE PYLE, INC, et al. | : | No. 1:11-cv-231-LDD |

O R D E R

AND NOW, this 28th day of June 2011, upon consideration of the parties' stipulation (Doc. No. 7), it is hereby ORDERED that Defendant GE Energy, LLC is GRANTED an extension of time until the earlier of September 12, 2011, or 45 days after an order of the United States Judicial Panel on Multi-District Litigation centralizing 11 pending actions in the District of Minnesota in response to MDL No. 2249.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J