**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PJC LOGISTICS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| A. DUIE PYLE, INC.; AMERIQUEST TRANSPORTATION SERVICES, INC.; AUSCOR TRANSPORTATION SERVICES; CARRIER INDUSTRIES INC.; EASTERN FREIGHT WAYS, INC.; FEDEX GROUND PACKAGE SYSTEM, INC.; USA TRUCK, LLC; GE ENERGY, LLC; GLEN MOORE; GNC CORPORATION; GREAT AMERICAN LINES, INC.; HERMANN SERVICES, INC.; J.A. TRUCKING, INC.; LOGISTICS ONE, INC.; NEW CENTURY TRANSPORTATION, LLC; NEW ENGLAND MOTOR FREIGHT, INC.; NEW PENN MOTOR EXPRESS, INC.; NFI INDUSTRIES, INC.; PRAXAIR, INC.; SHEVELL GROUP; U.S. EXPRESS, INC.; and WARD TRUCKING, LLC, | C.A. No. 1:11-CV-00231-LDD<br><br>JURY TRIAL DEMANDED |
| Defendants. | : |

### DEFENDANT GE ENERGY, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, named Defendant GE Energy, LLC makes this corporate disclosure statement.

GE Energy, LLC is wholly-owned by BHA Group, Inc., which is wholly owned by the General Electric Company ("GE"). GE is publicly held, does not have a parent corporation, and no known publicly held company owns a 10% or more interest in GE.

T

- 2 -

| | |
|---|---|
| Dated:  June 29, 2011 | Respectfully submitted,<br><br>REED SMITH LLP<br><br>*/s/ Brian M. Rostocki*<br>Brian M. Rostocki (No. 4599)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  (302) 778-7500<br>Fax:  (302) 778-7575<br><br>*Counsel for General Electric* |