**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PJC LOGISTICS, LLC,  :  <br>          Plaintiff  :  <br>     v.  :  <br>A. DUIE PYLE, INC., et al.  :  <br>          Defendants.  : | Civil Case No. 1:11-CV-00231-LDD |

## PLAINTIFF PJC LOGISTICS, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PJC Logistics, LLC states the following:

PJC Logistics, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 5, 2011                                                    STAMOULIS & WEINBLATT LLC

                                                                                        */s/ Richard C. Weinblatt*

OF COUNSEL:                                                          Stamatios Stamoulis #4606
                                                                                          stamoulis@swdelaw.com
R. Mark Dietz (admitted *pro hac vice*)          Richard C. Weinblatt #5080
      rmdietz@lawdietz.com                              weinblatt@swdelaw.com
Dietz & Jarrard, P.C.                                          Two Fox Point Centre
106 Fannin Avenue East                                    6 Denny Road, Suite 307
Round Rock, TX 78664                                     Wilmington, DE 19809
Telephone: (512) 244-9314                              Telephone: (302) 999-1540

Steven R. Daniels (admitted *pro hac vice*)
      sdaniels@farneydaniels.com
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2820

                                                                                        *Attorneys for PJC Logistics, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2011, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

>  */s/ Richard C. Weinblatt*
>  Richard C. Weinblatt #5080