IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 11-231 (LDD) |
| A. DUIE PYLE, INC., et al., | ) ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS
AUSCOR TRANSPORTATION SERVICES, FEDEX GROUND PACKAGE
SYSTEM, INC., LOGISTICS ONE, INC., GLEN MOORE, GNC CORPORATION,
NEW CENTURY TRANSPORTATION, LLC, NEW PENN MOTOR EXPRESS, INC.,
NFI INDUSTRIES, INC., AND PRAXAIR, INC. TO ANSWER THE COMPLAINT**

Defendants Auscor Transportation Services, FedEx Ground Package System, Inc., Logistics One, Inc., Glen Moore, GNC Corporation, New Century Transportation, LLC, New Penn Motor Express, Inc., NFI Industries, Inc., and Praxair, Inc. (collectively the "Moving Parties") respectfully move the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against the Moving Parties and other defendants by filing a Complaint with this Court on March 17, 2011.

2. The Moving Parties were served with the Complaint on July 8, 2011.

3. The current deadline for the Moving Parties to serve an answer or otherwise plead in response to the Complaint is July 29, 2011.

4. On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multi-District Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion").

The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and is scheduled to be heard on July 28, 2011.

5. Accordingly, in the interests of judicial economy, the Moving Parties respectfully request that the Court extend the deadline for the Moving Parties to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multi-District Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

6. Counsel for the Moving Parties has consulted with counsel for Plaintiff, and Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendants Auscor Transportation Services, FedEx Ground Package System, Inc., Logistics One, Inc., Glen Moore, GNC Corporation, New Century Transportation, LLC, New Penn Motor Express, Inc., NFI Industries, Inc., and Praxair, Inc.*

July 14, 2011
4372023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DUIE PYLE, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　C.A. No. 11-231 (LDD)<br>)<br>)<br>)<br>) |

## ORDER EXTENDING TIME

　　　　WHEREAS, Defendants Auscor Transportation Services, FedEx Ground Package System, Inc., Logistics One, Inc., Glen Moore, GNC Corporation, New Century Transportation, LLC, New Penn Motor Express, Inc., NFI Industries, Inc., and Praxair, Inc. (the "Moving Defendants") having filed an Unopposed Motion to Extend Time for Defendants Auscor Transportation Services, FedEx Ground Package System, Inc., Logistics One, Inc., Glen Moore, GNC Corporation, New Century Transportation, LLC, New Penn Motor Express, Inc., NFI Industries, Inc., and Praxair, Inc. to Answer the Complaint, and the Court finding good cause for the Unopposed Motion:

　　　　IT IS HEREBY ORDERED this ___ day of July, 2011, that time for the Moving Defendants to answer, move, or otherwise plead in response to the Complaint is extended to the earlier of (a) 45 days after the Judicial Panel on Multi-District Litigation issues a decision on the Transfer Motion filed by Qualcomm Incorporated on April 13, 2011, or (b) September 12, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 14, 2011, upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br><br>**stamoulis@swdelaw.com**<br>**weinblatt@swdelaw.com** | R. Mark Dietz<br>DIETZ & JARRARD, P.C.<br>106 Fannin Avenue East<br>Round Rock, TX  78664<br><br>**rmdietz@lawdietz.com** |

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

4372023