IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A. DUIE PYLE, INC, et al. | : | No. 1:11-cv-231-LDD |

O R D E R

AND NOW, this 15th day of July 2011, upon consideration of the parties' agreement, it is hereby ORDERED that the unopposed Motion to Extend Time for Defendants Auscor Transportation Services, FedEx Ground Package System, Inc., Logistics One, Inc., Glen Moore, GNC Corporation, New Century Transportation, LLC, New Penn Motor Express, Inc., NFI Industries, Inc., and Praxair, Inc. to Answer the Complaint (Doc. No. 13) is GRANTED. Defendants shall answer, move, or otherwise respond to the Complaint by the earlier of September 12, 2011, or 45 days after the United States Judicial Panel on Multi-District Litigation issues a decision on the motion docketed on April 13, 2011, in <u>In re Vehicle Tracking and Security System ('844) Patent Litigation</u>, MDL 2249, which motion requests transfer of this action and all related actions to the U.S. District Court for the District of Minnesota.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J