IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-231 (LDD) |
| | ) | |
| A. DUIE PYLE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Thomas C. Grimm and Rodger D. Smith II of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347, on behalf of Defendant A. Duie Pyle, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
rsmith@mnat.com
*Attorneys for Defendants A. Duie Pyle, Inc.,*
*Auscor Transportation Services, FedEx Ground*
*Package System, Inc., Logistics One, Inc., Glen*
*Moore, GNC Corporation, New Century*
*Transportation, LLC, New Penn Motor Express,*
*Inc., NFI Industries, Inc., and Praxair, Inc.*

July 20, 2011
4383350.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 20, 2011, upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Stamatios Stamoulis | R. Mark Dietz |
| Richard C. Weinblatt | DIETZ & JARRARD, P.C. |
| STAMOULIS & WEINBLATT LLC | 106 Fannin Avenue East |
| 6 Denny Road, Suite 307 | Round Rock, TX 78664 |
| Wilmington, DE 19809 | |
| | **rmdietz@lawdietz.com** |
| **stamoulis@swdelaw.com** | |
| **weinblatt@swdelaw.com** | |

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)

4383350