IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 11-231 (LDD) |
| | ) |
| A. DUIE PYLE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT A. DUIE PYLE, INC. TO ANSWER THE COMPLAINT**

Defendant A. Duie Pyle, Inc. ("Defendant") respectfully moves the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against the Defendant and other defendants by filing a Complaint with this Court on March 17, 2011.

2. On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multi-District Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and is scheduled to be heard on July 28, 2011.

3. Accordingly, in the interests of judicial economy, the Defendant respectfully requests that the Court extend the deadline for the Defendant to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multi-District Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

4.  Counsel for the Defendant has consulted with counsel for Plaintiff, and Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

5.  The Court has granted a similar extension for the other defendants represented by Morris Nichols (D.I. 16).

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Thomas C. Grimm*

    _____
    Thomas C. Grimm (#1098)
    Rodger D. Smith II (#3778)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    (302) 658-9200
    tgrimm@mnat.com
    rsmith@mnat.com
    *Attorneys for Defendants A. Duie Pyle, Inc., Auscor Transportation Services, FedEx Ground Package System, Inc., GNC Corporation, Glen Moore, Logistics One, Inc., NFI Industries, Inc., New Century Transportation, LLC, New Penn Motor Express, Inc., and Praxair, Inc.*

July 25, 2011
4384285

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJC LOGISTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> A. DUIE PYLE, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 11-231 (LDD) <br> ) <br> ) <br> ) <br> ) |

## ORDER EXTENDING TIME

AND NOW, this ___ day of July 2011, upon consideration of the parties' agreement, it is hereby ORDERED that the Unopposed Motion to Extend Time for Defendant A. Duie Pyle, Inc. to Answer the Complaint (D.I. ___) is GRANTED. Defendant shall answer, move, or otherwise respond to the Complaint by the earlier of September 12, 2011, or 45 days after the United States Judicial Panel on Multi-District Litigation issues a decision on the motion docketed on April 13, 2011, in *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL 2249, which motion requests transfer of this action and all related actions to the U.S. District Court for the District of Minnesota.

                BY THE COURT:

                _____
                The Honorable Legrome D. Davis

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 25, 2011, upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br><br>**stamoulis@swdelaw.com**<br>**weinblatt@swdelaw.com** | R. Mark Dietz<br>DIETZ & JARRARD, P.C.<br>106 Fannin Avenue East<br>Round Rock, TX  78664<br><br>**rmdietz@lawdietz.com** |

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

4384285