IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 11-CV-00231-LDD |
| | : | |
| A. DUIE PYLE, INC., *ET AL.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Shevell Group has not yet received service of process and not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses Shevell Group without prejudice pursuant to Rule 41(a)(1).

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: July 25, 2011 | STAMOULIS & WEINBLATT LLC |
| | |
| |  */s/ Richard C. Weinblatt*  |
| | Stamatios Stamoulis #4606 |
| | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| | weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 999-1540 |
| | |
| | *Attorneys for PJC Logistics, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2011, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080