IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 11-CV-00231 |
| Plaintiff, | : | |
| v. | : | |
| A. DUIE PYLE, INC., *ET AL.* | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant GNC Corporation has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses GNC Corporation without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: August 04, 2011   STAMOULIS & WEINBLATT LLC

  */s/ Richard C. Weinblatt*
OF COUNSEL:   Stamatios Stamoulis #4606
  stamoulis@swdelaw.com
R. Mark Dietz (admitted *pro hac vice*)   Richard C. Weinblatt #5080
  rmdietz@lawdietz.com   weinblatt@swdelaw.com
Dietz & Jarrard, P.C.   Two Fox Point Centre
106 Fannin Avenue East   6 Denny Road, Suite 307
Round Rock, TX 78664   Wilmington, DE 19809
Telephone: (512) 244-9314   Telephone: (302) 999-1540

  *Attorneys for PJC Logistics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

<i>/s/ Richard C. Weinblatt</i><br>
Richard C. Weinblatt #5080