IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 11-CV-00231 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| A. DUIE PYLE, INC., *ET AL.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 4l(a)(l). According to Rule 4l(a)(l), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant U.S. Express, Inc. and has not yet answered the complaint. Accordingly, PJC Logistics voluntarily dismisses U.S. Express, Inc. with prejudice pursuant to Rule 4l(a)(l).

Respectfully submitted,

Dated: August 04, 2011

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*

OF COUNSEL:

Stamatios Stamoulis #4606
    stamoulis@swdelaw.com

R. Mark Dietz (admitted *pro hac vice*)
    rmdietz@lawdietz.com
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314

Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for PJC Logistics, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2011, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                          */s/ Richard C. Weinblatt*
                                          Richard C. Weinblatt #5080