IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | : | CIVIL ACTION |
| v. | : | |
| A. DUIE PYLE, INC, et al. | : | No. 1:11-cv-231-LDD |

O R D E R

AND NOW, this 15th day of August 2011, upon consideration of Plaintiff PJC Logistics, LLC's Voluntary Notice of Dismissal With Prejudice of New England Motor Freight, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. No. 33), it is hereby ORDERED that the Stipulation is approved and all claims against Defendant New England Motor Freight, Inc. are DISMISSED with prejudice.

BY THE COURT:
/s/ Legrome D. Davis

Legrome D. Davis, J