IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A. DUIE PYLE, INC, et al. | : | No. 1:11-cv-231-LDD |

O R D E R

AND NOW, this 31st day of August 2011, upon consideration of the parties' agreement, it is hereby ORDERED that the Unopposed Motion to Extend Time for Defendant Great American Lines, Inc. to Answer, Move, or Otherwise Reply to the Complaint (Doc. No. 36) is GRANTED. Defendant shall answer, move, or otherwise respond to the Complaint by the earlier of September 16, 2011, or 45 days after the United States Judicial Panel on Multi-District Litigation issues a decision on the motion docketed on April 13, 2011, in In re Vehicle Tracking and Security System ('844) Patent Litigation, MDL 2249, which motion requests transfer of this action and all related actions to the U.S. District Court for the District of Minnesota.

BY THE COURT:

/s/ Legrome D. Davis
Legrome D. Davis, J