

**Transferred case has been opened**
ecf-notice  to: InterdistrictTransfer_DED                        09/07/2011 03:21 PM

CASE: 1:11-cv-00231

DETAILS: Case transferred from Delaware has been opened in District of Minnesota as case 0:11-cv-02549, filed 09/07/2011.